IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ROMAN-RODRIGUEZ,<br><br>Defendant. | Case No. 1:25-cr-111<br><br>**UNITED STATES' MOTION TO DISMISS INDICTMENT** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, moves to dismiss the Indictment in this case because Defendant was removed to Mexico on or about May 31, 2025, in and near Brownsville, Texas. The United States has consulted with Defendant's Attorney who has no objection to this motion.

Dated: June 3, 2025.

JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

By: */s/ Alexander J. Stock*
ALEXANDER J. STOCK
Assistant United States Attorney
ND Bar ID 07979
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
alexander.stock@usdoj.gov
Attorney for United States